No. 40281.—Protests 956554–G, etc., of L. Bamberger & Co. (New York).

Opinion by Sullivan, J. In accordance with stipulation of counsel games composed in chief value of paper the same as those the subject of Abstract 48772 were held dutiable at 35 percent under paragraph 1313, and rubber balls, footballs, and games using balls, the same as those the subject of *United States* v. *Stewart* (12 Ct. Cust. Appls. 533, T. D. 40734) were held dutiable at 30 percent under paragraph 1402.